

1704 Maxwell Drive, Suite 102
Wall, NJ 07719
P: 732.455.9737
F: 732.709.5150

Jeremy M. Glapion
Partner/Founder
jmg@glapionlaw.com

August 17, 2015

<u>Via ECF</u>

Re:   Request to Proceed Without Local Counsel
      *Armstrong v. DirecTV, LLC and Clear Satellite, Inc.*, Case No. 15-cv-00622

Dear Judge McBryde:

I represent Plaintiff Adam Armstrong in the above captioned matter. I write pursuant to Local Rule 83.10 to request leave to proceed without local counsel. This case presents relatively narrow and straightforward issues, and I am confident that I can fulfill my duties to my client and the Court in this matter without local counsel. Should the Court grant this request, I will nonetheless continue to evaluate the needs of this case, and I will gladly obtain local counsel at a later date should I or the Court believe it to be necessary.

Thank you for your consideration of this matter.

Sincerely,

Jeremy M. Glapion