IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ADAM ARMSTRONG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-622-A |
| | § | |
| DIRECTV, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Consistent with the notice of voluntary dismissal without prejudice filed in the above-captioned action by plaintiff, Adam Armstrong,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendants, DIRECTTV, LLC and Clear Satellite, Inc. be, and are hereby, dismissed without prejudice.

SIGNED September 24, 2015.

JOHN McBRYDE
United States District Judge